UNITED STATES DISTRICT COURT
WESTERN DISTIRCT OF TEXAS
AUSTIN, DIVISION

| | | |
|---|---|---|
| AXO STAFF LEASING, LLC, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | Case No. 1:19-cv-00002 |
| ZURICH AMERICAN INSURANCE COMPANY, MCCREADIE & MCCREADIE, INC. D/B/A AMERICAN PEO INSURERS, AND LASSITER WARE INSURANCE, | § § § § § § | |
| *Defendants*. | § | |

## ZURICH AMERICAN INSURANCE COMPANY'S DISCLOSURE STATEMENT

COMES NOW, Defendant Zurich American Insurance Company ("Zurich") and, pursuant to Federal Rule of Civil Procedure 7.1, files its Disclosure Statement, and would respectfully show the Court as follows:

1.  Zurich, a nongovernmental corporate party, is a wholly owned subsidiary of Zurich Holding Company of America, Inc., a Delaware corporation.  Zurich Holding Company of America, Inc. is 99.180% owned directly by Zurich Insurance Company Ltd., a Swiss corporation, with the remaining shares indirectly owned by Zurich Insurance Company Ltd.  Zurich Insurance Company Ltd. is directly owned by Zurich Insurance Group Ltd., a Swiss corporation.

2.  Zurich Insurance Group Ltd. is the only publicly traded parent company, with a listing on the Swiss stock exchange, and a further trading of American Depositary Receipts.

Respectfully submitted:

*/s/ Alicia G. Curran*
Alicia G. Curran (Lead Counsel)
State Bar No. 12587500
William H. Craven
State Bar No. 24082870
COZEN O'CONNOR
1717 Main Street, Suite 3400
Dallas, Texas  75201
Telephone: (214) 462-3000
Facsimile:  (214) 462-3299
acurran@cozen.com
wcraven@cozen.com

ATTORNEYS FOR DEFENDANT ZURICH AMERICAN INSURANCE COMPANY

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing document has been served on counsel of record pursuant to the Federal Rules of Civil Procedure on this 2nd day of January, 2019:

| | |
|---|---|
| Sheldon E. Richie | Kevin L. Sewell |
| srichie@rg-austin.com | sewell@mdjwlaw.com |
| Katherine J. Walters | Martin, Disiere, Jefferson & |
| kwalters@rg-austin.com | Wisdom, LLP |
| Travis M. Parks | 9111 Cypress Waters Blvd. |
| tparks@rg-austin.com | Suite 250 |
| Richie & Gueringer, P.C. | Dallas, TX 75019 |
| 100 Congress Avenue, Suite 1750 | |
| Austin, TX 78701 | |

*/s/ Alicia G. Curran*
Alicia G. Curran

LEGAL\39509291\1